RECEIVED

APR 29 2026 JYJ

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

### EASTERN DIVISION

1:26-cv-04907
Judge Elaine E. Bucklo
Magistrate Judge Maria Valdez
Random/Cat 3

**ROMEL BRYANT**, Plaintiff

v.

**TIKTOK INC.; BYTEDANCE LTD.; and JOHN DOE (identified as social media user "@cortez.duquette" (Cortez Duquette Media))**, Defendants

Case No.: _____

### COMPLAINT FOR COPYRIGHT INFRINGEMENT

### I. INTRODUCTION

1. This action arises under the Copyright Act for unauthorized reproduction and display of Plaintiff's copyrighted photograph.

### II. JURISDICTION AND VENUE

2. Jurisdiction is proper under 28 U.S.C. §§ 1331 and 1338(a).

3. Venue is proper in this District because Plaintiff resides here and harm occurred here.

### III. PARTIES

4. Plaintiff Romel Bryant is an individual.

5. Defendant TikTok Inc. operates a social media platform.

6. Defendant ByteDance Ltd. is the parent company.

7. Defendant John Doe operates the account "@cortez.duquette" (Cortez Duquette Media).

### IV. FACTUAL ALLEGATIONS

8. Plaintiff owns a copyrighted photograph registered under VA 2-484-353.

9. Defendant reproduced and displayed it without permission.

10. URL: https://www.tiktok.com/t/ZP8f3PvsQ/

11. Content remained after notice, demonstrating willful infringement.

### V. COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)

12. Defendants reproduced and publicly displayed Plaintiff's work without authorization.

13. This constitutes infringement.

14. The infringement is willful.

### VI. PRAYER FOR RELIEF

15. Removal of content.

16. Statutory damages.

17. Defendants' profits.

18. Costs and fees.

19. Any further relief.

## VII. JURY DEMAND

20. Plaintiff demands a jury trial.

DATED: April 28, 2026
Romel Bryant
254 Chapman Rd, STE 208 #26103
Newark, DE 19702
708-265-4099
ican2b@gmail.com