

**FILED**
5/18/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PJJ



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-04907

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* TIKTOK INC.
was received by me on *(date)* 05/18/2026 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* CORPORATION SERVICE COMPANY, AS AGENT, ACCEPTED BY MS. DENISE (MANAGING AGENT EMPLOYED AT REGISTERED AGENT) , who is
designated by law to accept service of process on behalf of *(name of organization)* TIKTOK INC.
251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808, AT 12:15 PM on *(date)* 05/18/2026 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/18/2026 _____

_____
*Server's signature*

GILBERT DEL VALLE            PROCESS SERVER
_____
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LLC
PO BOX 1360, WILMINGTON, DE 19899
302-475-2600

_____
*Server's address*

Additional information regarding attempted service, etc:
SERVED SUMMONS IN A CIVIL ACTION; COMPLAINT WITH JURY DEMAND;

## UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

|  |  |
|---|---|
| Romel Bryant <br> _____ <br> *Plaintiff(s)* <br> v. <br> TikTok INC <br> Byted Dance LTD <br> John doe (identified as social Media @cortez.duquette <br> Cortez Duquette media <br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

1:26-cv-04907
Judge Elaine E. Bucklo
Magistrate Judge Maria Valdez
Random/Cat 3

Civil Action No.

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

TikTok Inc., Co Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Romel Bryant
254 Chapman Rd, STE 208 #26103
Newark, DE 19702

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ___/___/___

May 15, 2026

THOMAS G. BRUTON, CLERK

*(By) DEPUTY CLERK*