**U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form**

Case Title: Bryant v. TikTok Inc., et al.        Case Number: 1:26-cv-04907

An appearance is hereby filed by the undersigned as attorney for:
TikTok Inc. (Defendant)

Attorney name (type or print):  Sarah Anne Hsu

Firm: Mayer Brown LLP

Street address: 333 South Grand Avenue, 47th Floor

City/State/Zip: Los Angeles, CA 90071

Bar ID Number: 348402 (IL, CA);
5603378 (NY)
(See item 3  in instructions)

Telephone Number: (213) 229-9500

Email Address: shsu@mayerbrown.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you a member of the court's general bar? | ☒ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☒ No |

If this is a criminal case, check your status.        ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 2, 2026

Attorney signature:      S/ Sarah A. Hsu
(Use electronic signature if the appearance form is filed electronically.)

## **CERTIFICATE OF SERVICE**

I, Yvette Rangel, hereby certify that on this date, I served a true copy of the foregoing

document upon Plaintiff by first-class mail, postage prepaid, to:


Romel Bryant
254 Chapman Rd Ste. 208 # 26103
Newark, DE 19702

Dated:  June 2, 2026        By:   */s/ Yvette Rangel*
                                              Yvette Rangel